**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 25, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00757-CR

### IN RE PERRY JACKSON, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
178th District Court
Harris County, Texas
Trial Court Cause No. 1351485

## MEMORANDUM OPINION

On September 18, 2014, relator Perry Jackson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable David Mendoza, presiding judge of the 178th District Court of Harris County, to grant a motion purportedly filed and pending with the trial court for jail-time credit to be applied to relator's sentence in the underlying case.

To be entitled to mandamus relief, a relator is required to file "a certified or sworn copy of any . . . document showing the matter complained of," Tex. R. App. P. 52.3(k)(1)(A), and "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding," Tex. R. App. P. 52.7(a)(1). Although relator includes a handwritten document with his petition that he claims is the motion filed with the trial court, the document is neither certified nor sworn as the Rules of Appellate Procedure require, and the document also bears no indication that it was received by or presented to the trial court. Furthermore, relator includes no documentation with his petition pertaining to his assertion that he has been denied jail-time credit. "The relator generally must bring forward all that is necessary to establish a claim for relief." *In re Potts*, 399 S.W.3d 685, 686 (Tex. App.—Houston [14th Dist.] 2013, orig. proceeding). Relator has not satisfied his burden.

Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).